# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| RUTH AILEEN MESTAS, | 08-28363 JAB |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**

PRA Receivables Management, LLC                $3.28
as Agent of Portfolio Recovery Assocs.
PO Box 12914
Norfolk, VA  23541

The address listed above constitutes the last known address in question. The check in the amount of $3.28 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this ___ day of May, 2010.

_____
Duane H. Gillman, Trustee

SLC_603378.1